DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JENNIFER GINGELL,

Appellant,

v.

MICHELLE PANICHELLI,

Appellee.

No. 2D2025-2266

_____

May 27, 2026

Appeal from the County Court for Pasco County; Knute J. Nathe, Judge.

Jennifer Gingell, pro se.

No appearance for Appellee.

PER CURIAM.

Affirmed.  *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.  Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.  The trial court should have been affirmed because the record brought forward by the appellant is inadequate to demonstrate reversible error.").

LaROSE, LABRIT, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.